UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | Case No. 1:21-mj-00261 ZMF |
| ROBERT REEDER | * | |

## ENTRY OF APPEARANCE

Please enter the appearance of Robert C. Bonsib, Esq. as counsel for the Defendant in the above-captioned matter.

Respectfully submitted,

/s/ *Robert C. Bonsib*

_____
ROBERT C. BONSIB
64ll Ivy Lane, Suite ll6
Greenbelt, Maryland  20770
(30l) 44l-3000
Bar # 423-306

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was sent, via ECF, this 25th day of February, 2021 to the Office of the United States Attorney, 555 4th Street, NW, Washington, DC 205030

/s/ *Robert C. Bonsib*

_____
ROBERT C. BONSIB